# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH MCGEORGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-00016-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 17) |

On November 9, 2021, a stipulation was filed requesting to extend the time for Plaintiff to file an opening brief by a period of sixty (60) days, which would extend the deadline from November 12, 2021, to January 11, 2022.  (ECF No. 17.)  Counsel proffers that good cause exists because: counsel has recently received a greater number of answers and certified administrative records from Defendant in this district; counsel has a greater than usual number of merit briefs due in November and December of 2021, in addition to administrative hearings and preplanned vacation days; and counsel has year-end business reviews to conduct as CEO of his law firm.  (Id.)  While the Court usually prefers extensions of thirty (30) days at a time, given all of the proffered circumstances, the Court finds good cause to grant the sixty (60) day extension.

/ / /

/ / /

/ / /

/ / /

1   Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff's opening brief shall be filed on or before **January 11, 2022**.

IT IS SO ORDERED.

Dated:   **November 9, 2021**

_____
UNITED STATES MAGISTRATE JUDGE