1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| SARAH MCGEORGE, | Case No.  1:21-cv-00016-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 19) |
| Defendant. | |

12

13

14

15

16

17      On January 4, 2022, the parties submitted a stipulated request for a thirty-day extension

18   of time to extend Plaintiff's deadline to file an opening brief from January 11, 2022 to February

19   10, 2022. (ECF No. 19.)  This is Plaintiff's third request for an extension.  However, Plaintiff's

20   counsel proffers an extension is required because counsel is currently attending to a family

21   emergency in Houston, Texas, in which counsel's father is gravely ill with Leukemia and

22   counsel is a principal caregiver. (Id.)  Additionally, counsel has limited access to her computer

23   and seeks additional time to brief the instant matter upon her return to California.  (Id.)  The

24   Court finds good cause exists to grant the request.

25   ///

26   ///

27   ///

28   ///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    Plaintiff shall have until February 10, 2022, to file her opening brief; and

3    2.    All remaining deadlines as set forth in the scheduling order (ECF No. 5) are

4          modified accordingly.

5

6    IT IS SO ORDERED.

7    Dated:   **January 4, 2022**
                                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2